02-12-377-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00377-CV

 

 


 
 
 In re Mark Sullivan
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that relief should be denied.  The relator complains that the
respondent trial court has failed to hold a hearing on his pro se application
for writ of habeas corpus bond reduction, but the trial court clerk has no
record of relator filing a habeas application in the 271st District Court of
Wise County.  Even assuming relator filed a habeas application in the district
court, the trial court had no duty to rule on the petition because relator was
represented by counsel at that time.[2]
 See Robinson v. State, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007).  Accordingly,
relator’s petition for writ of mandamus is denied.

 

 

PER CURIAM

 

PANEL: 
GARDNER, MCCOY, and MEIER, JJ.

 

DELIVERED: 
September 24, 2012









          [1]See
Tex. R. App. P. 47.4, 52.8(d).





[2]This would not apply,
however, to any future pro se petitions or motions because relator is no longer
represented by counsel.